IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:95-CR-00041-H

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) **ORDER** |
| BERNARD CELESTINE, | ) |
| | ) |
| Defendant. | ) |

This matter is before the court on Defendant's Motion For Modifying Fine Payment Schedule filed February 17, 2012. During the term of incarceration, payment of all fines is determined by the rules of the Inmate Financial Responsibility Program, a program run solely by the Bureau of Prisons. Defendant's motion [DE #743] is hereby DENIED.

This 8th day of March 2012.

MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, N.C.
#26